UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY,

    Plaintiff,

v.   Case No.: 2:19-cv-919-FtM-38NPM

BRE/SEASIDE INN OWNER L.L.C.,

    Defendant.
_____/

## ORDER[1]

Before the Court is Defendant Bre/Seaside Inn Owner L.L.C.'s Motion to Consolidate. (Doc. 28). Plaintiff Patricia Kennedy has not responded, and the time do so has expired. Plaintiff sues Defendant under Title III of the American With Disabilities Act, alleging that Defendant has violated the statute through its website and online reservation system. (Doc. 1). Plaintiff has three other related suits against Sanibel Island hotels, all of which are comprised of one single member: Inns of Sanibel LLC.[2] Defendant thus moves to consolidate this case with the others. Since Defendant filed the motion to consolidate, however, the other cases have settled and administratively closed. Consequently, consolidation is no longer needed. The Court thus denies without prejudice Defendant's motion.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] The other suits have been assigned the following case numbers: 2:20-cv-188-38NPM; 2:20-cv-190-29NPM; and 2:20-cv-201-66MRM.

2

Accordingly, it is now

**ORDERED:**

Defendant Bre/Seaside Inn Owner L.L.C.'s Motion to Consolidate (Doc. 28) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of July 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record